In the Matter of the Claim of WILLIAM MUELLER, Respondent, against DAVID E. KENNEDY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — The employee was injured in Detroit. He had worked seventeen years continuously for the same employer, a soft tile contractor with its principal place of business at 16 East Fifty-second street, New York city, and its factory at 58 Second avenue, Brooklyn. The Board has found the work was incidental to the New York business. The facts sustain the inference. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MIKE SULLIVAN, Respondent, against AUDLANE REALTY CORPORATION, Respondent, and GREAT AMERICAN INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Appeal from an award of the State Industrial Board in favor of claimant. The appellant claims that there was no insurance coverage. The premises of the employer were being remodeled and the claimant was employed in tearing out partitions and " in the removal of debris in connection with new construction " when he was injured. The appellant claims that the policy excluded certain specified classes of employment, but if important the excluding indorsement to the policy was not countersigned as required. The policy did not expressly exclude the employment in which claimant was engaged. It expressly covered all industrial operations upon the premises and all repairs or alterations to the premises. (See, also, Workmen's Comp. Law, § 54, subd. 4.) Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.